UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | EP-19-CV-00279-DCG |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § § | |
| *Defendants*. | § | |

## ORDER REQUIRING PARTIES TO
## FILE A PROPOSED SCHEDULING ORDER AND A JOINT REPORT

**IT IS HEREBY ORDERED THAT** all parties shall confer, as required by Federal Rule of Civil Procedure 26(f) and Local Court Rule CV-16(c), and file a Joint Report outlining their discovery plan[1] and a proposed scheduling order[2] for the Court's consideration by **December 18, 2019**. In the Joint Report, the parties must additionally indicate:

1. Whether any party has demanded or demands a trial by jury;[3]

2. Whether or not the parties consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings;[4] and

---

[1] Federal Rule of Civil Procedure 26(f) also requires the parties to submit to the Court a written report outlining their discovery plan within 14 days of the conference.

[2] Local Court Rule CV-16(c) states that the parties shall confer and "the parties shall submit a proposed scheduling order to the Court in the form [set out in Appendix B]" of the Local Rules.

[3] *See* Fed. R. Civ. P. 38, 39(b), 81(c)(3).

[4] Pursuant to 28 U.S.C. § 636(c)(1), all full-time Magistrate Judges are authorized and empowered to try any civil case, jury or non-jury, with the consent of all parties to the law suit. Because

3. In the event the plaintiff has not yet obtained service on all defendants, a statement by the plaintiff explaining why all parties have not been served.

So ORDERED and SIGNED this 18th day of November 2019.

*[signature]*
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

---

of the crowded condition of the criminal docket in this Division and the difficulty in reaching civil cases for trial, you may wish to consent to trial by a United States Magistrate Judge.

If a party wishes to consent to trial before a Magistrate Judge, it must notify the Court by traditionally filing the notice of consent as soon as possible. The consent to trial by a Magistrate Judge must be voluntary, and the party is free to withhold consent without suffering adverse consequences. If all parties consent to trial of this case by a Magistrate Judge, the Court will enter an order transferring the case to a Magistrate Judge for trial and for entry of judgment. If the case has already been referred to a Magistrate Judge for pretrial matters and the parties consent to trial by a Magistrate Judge, the trial will be before the Magistrate Judge already assigned to the case.