IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROBERT MOORE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:19-CV-00279-DCG |
| § | |
| U.S. IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT; U.S. CUSTOMS AND § | |
| BORDER PROTECTION; AND § | |
| U.S. DEPARTMENT OF HEALTH § | |
| AND HUMAN SERVICES, § | |
| § | |
| Defendants. § | |

## ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

On this day came to be considered Plaintiff's Motion for Judgment on the Pleadings. After due consideration, the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED that all Defendants have violated 5 U.S.C. § 552(a)(4)(B) in failing to provide Plaintiff with a single determination or document in response to all requests alleged in Plaintiff's Original Complaint.

IT IS FURTHER ORDERED that all Defendants shall, within seven days of this Order, provide Plaintiff with a determination letter and release all documents responsive to all requests made by Plaintiff to Defendant agencies that are alleged in Plaintiff's Original Complaint.

SIGNED this ____ day of _____, 20____.

_____
DAVID C. GUADERRAMA
United States District Judge