IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE<br>　　Plaintiff, | § § § | |
| v. | § | EP-19-CV-00279-DCG |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT; U.S. CUSTOMS AND<br>BORDER PROTECTION; AND<br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>　　Defendants. | § § § § § § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Plaintiff Robert Moore, by and through his attorney of record, and Defendants United States Immigration and Customs Enforcement ("ICE"), United States Customs and Border Protection ("CBP"), and United States Department of Health and Human Services ("HHS") (collectively referred hereinafter as "Defendants"), by and through the United States Attorney for the Western District of Texas, (hereafter the "Parties") and file this Joint Report on Alternative Dispute Resolution ("ADR") in compliance with the Court's Scheduling Order and Local Rule CV-88, and would show the Court the following:

1. Status of settlement negotiations: The parties have negotiated and presented the Court with their proposed production schedule for Defendants release of responsive records to Plaintiff's Freedom of Information Act ("FOIA") requests. Compliance with the proposed scheduling order is likely to resolve or narrow the issues in the instant case.

2. The persons responsible for settlement negotiations: Assistant United States Attorney Manuel Romero for the Defendants, and Christopher Benoit and Lynn Coyle, Attorneys for Plaintiff.

3. Method of ADR and provider: The parties do not believe ADR is appropriate in this case at this time.

Submitted this 17th day of January, 2020.

    Respectfully submitted,

    **JOHN F. BASH**
    UNITED STATES ATTORNEY

    /s/ Manuel Romero
    **MANUEL ROMERO**
    Assistant United States Attorney
    Texas State Bar No. 24041817
    700 E. San Antonio, Ste. 200
    El Paso, Texas 79901
    Office: (915) 534-6884
    Facsimile: (915) 534-3490
    Email: Manuel.Romero@usdoj.gov
    *Attorneys for Defendants*

**AND**

    /s/ Christopher Benoit
    **CHRISTOPHER BENOIT**
    Texas State Bar No. 24068653
    chris@coylefirm.com
    **LYNN COYLE**
    Texas State Bar No. 24050049
    lynn@coylefirm.com
    The Law Office of Lynn Coyle, PLLC
    2515 N. Stanton Street
    El Paso, Texas 79902
    Telephone: (915) 532-5544
    Facsimile: (915) 532-5566
    *Attorneys for Plaintiff*