IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE<br>　　Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-19-CV-00279-DCG |

**DEFENDANT CBP'S AUGUST 14, 2020 STATUS REPORT
PURSUANT TO AUGUST 10, 2020 MEMORANDUM ORDER**

Pursuant to the Court's August 10, 2020 Memorandum Order (ECF No. 51), Defendant CBP submits the following report on the status of Defendant's search for records responsive to Plaintiff's Freedom of Information Act (FOIA) requests.

**A.     CBP-2019-010211**

1. CBP previously identified 6,064 emails, consisting of 8,358 documents, as potentially responsive to request number CBP-2019-010211. The CBP FOIA division previously reported it had reviewed 5,158 pages of potentially responsive documents, finding 46 to be responsive and partially releasable pursuant to Title 5 U.S.C. § 552(b)(6), (B)(7)(C), and (B)(7)(E). ECF No. 50, ¶ 4.

2. CBP reports FOIA request CBP-2019-010211 has approximately 44 Gigabytes of data that remains unprocessed at this time. There are 470 files remaining from an original total of 511 files. A file consists of document families. A document family is an e-mail and any attachments on that e-mail. CBP is unable to provide an exact total number of pages for all documents that are potentially responsive. Based on the average of the first 41 files that have been

processed to date, CBP estimates approximately 58,500 pages remain unprocessed from an initial total of approximately 63,600 pages.

B.     CBP-2018-064544

1.     CBP has identified approximately 287 Gigabytes of data, consisting of approximately 520 files, of potentially responsive records for FOIA request CBP-2018-064544. At this time, CBP estimates a total of 90,000 messages, or 90,000 – 150,000 pages, of potentially responsive records for FOIA request CBP-2018-064544.

Respectfully submitted,

**JOHN F. BASH**
UNITED STATES ATTORNEY

 /s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney
Texas State Bar No. 24041817
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6884
Facsimile: (915) 534-6555
Email: manuel.romero@usdoj.gov
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participants: Lynn Coyle and Christopher Benoit, *Attorneys for Plaintiff*.

 /s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney