**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROBERT MOORE,**<br><br>*Plaintiff,*<br>v.<br><br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-19-CV-00279-DCG** |

## ORDER

Pending before the Court is Plaintiff Robert Moore's "Motion for Judgment on the Pleadings" (ECF No. 26). Considering the parties' progress in this case and that a bench trial is currently set for September 15, 2021, at 1:00 p.m., the Court is of the opinion that any issues raised by Plaintiff's motion, to the extent that they remain live and not moot, will be more appropriately addressed at the September 15th bench trial. As such, the Court declines to rule on any such issues in the absence of a fully developed record.

Accordingly, **IT IS ORDERED** that Plaintiff Robert Moore's "Motion for Judgment on the Pleadings" (ECF No. 26) is **DENIED WITHOUT PREJUDICE.**

**So ORDERED and SIGNED this 28th day of July 2021.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**