UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | § | |
|---|---|---|
| **HON. DAVID C. GUADERRAMA** | § | **CERTAIN CIVIL CASES** |
| | § | **DESCRIBED HEREIN** |
| | § | |

**OMNIBUS ORDER RESETTING
SEPTEMBER 2021 DOCKET CALLS IN CIVIL CASES**

This Order applies to certain civil cases that are currently pending before the undersigned judge and set for docket call on September 1, 2021, pursuant to the Scheduling Orders entered therein, which provide as follows:

> This case is **SET** for a **DOCKET CALL** on a **RECURRING BASIS at 10:00 am on the first Wednesday of March, June, September, and December** of each calendar year—until (a) the case is settled or otherwise resolved, and the parties filed appropriate notice consistent with the order provided below or (b) trial. The parties need not attend the first docket call, if it falls within **60 days** of the date of this Order [*i.e.*, Scheduling Order].

In view of the exigent circumstances presented by the COVID-19 pandemic[1] and the Court's scheduling conflicts with its criminal settings, the Court is of the view that the September 1, 2021 in-person docket call should be reset to September 8, 2021, via Zoom video conference.

Accordingly, **IT IS ORDERED** that the **DOCKET CALLS** set for September 1, 2021, in the **civil** cases to which this Order applies, are **VACATED** and **RESET** to **September 8, 2021, at 1:30 p.m. MDT, via Zoom video conference**. This Order **DOES NOT AFFECT** the docket calls set for December 2021 and thereafter.

**IT IS FURTHER ORDERED** that the parties in each of the **civil** cases to which this Order applies, **SHALL CONFER** and **JOINTLY FILE**, in writing and **by September 1, 2021**,

---

[1] *See* Chief Judge Orlando L. Garcia's "Order[s] Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 Pandemic", available online at: https://www.txwd.uscourts.gov/coronavirus-covid-19-guidance/.

a report identifying the full name and email address of **each attending attorney** to whom the Court's deputy will email the Zoom link no later than 24 hours before the scheduled docket call.

**So ORDERED and SIGNED this 19th day of August 2021.**

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**