UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § | EP-19-CV-00279-DCG |
| *Defendants.* | § § | |

## ORDER

IT IS HEREBY ORDERED that the **BENCH TRIAL**, currently set for **September 15, 2021 at 1:00 p.m. MDT**, in the above-captioned cause is hereby **VACATED**.

So ORDERED and SIGNED this 14th day of September 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE