UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS | § | EP-19-CV-00279-DCG |
| ENFORCEMENT; U.S. CUSTOMS AND | § | |
| BORDER PROTECTION; and U.S. | § | |
| DEPARTMENT OF HEALTH AND | § | |
| HUMAN SERVICES, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER VACATING DOCKET CALLS

On this day, the Court *sua sponte* considered the above-captioned case.  By a Scheduling Order entered by the Court, this case is set for a docket call on a recurring basis at 10:00 a.m. on the first Wednesday of March, June, September, and December.

**IT IS ORDERED** that all future docket calls are **VACATED**, until further order of the Court.

**So ORDERED and SIGNED this 5th day of October 2021.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE