UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROBERT MOORE, § | |
| § | |
| *Plaintiff*, § | |
| v. § | |
| § | |
| U.S. IMMIGRATION AND CUSTOMS § | EP-19-CV-00279-DCG |
| ENFORCEMENT; U.S. CUSTOMS AND § | |
| BORDER PROTECTION; and U.S. § | |
| DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES, § | |
| § | |
| *Defendants*. § | |

### ORDER

Presently before the Court is Plaintiff Robert Moore and Defendants U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Department of Health and Human Services' "Joint Motion to Retain Case" ("Joint Motion") (ECF No. 133). In their Joint Motion, parties advise the Court that they have resolved all issues in this case, including Plaintiff's request for fees and costs. To provide for sufficient time to process monies owed and draft settlement documents, parties request that the Court retain this case on its docket for at least sixty (60) days. Having carefully considered the parties' Joint Motion, the Court enters the following orders:

**IT IS ORDERED** that the parties' "Joint Motion to Retain Case" ("Joint Motion") (ECF No. 133) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall either **FILE** dismissal papers by **December 13, 2021** or **NOTIFY** the Court, prior to the December 13, 2021 deadline, if they will parties require additional time.

So ORDERED and SIGNED this 12th day of October 2021.

						_____
						DAVID C. GUADERRAMA
						UNITED STATES DISTRICT JUDGE