UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT MOORE, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | § § § § § § | EP-19-CV-00279-DCG |
| *Defendants.* | § § | |

## ORDER

Before the Court is the parties' "Stipulated Fee and Cost Settlement Agreement" ("Agreement") (ECF No. 135), filed on November 17, 2021. Having carefully reviewed the Agreement, the Court is of the opinion that the Agreement should be and is hereby **RATIFIED**.

**IT IS THEREFORE ORDERED** that the parties shall either **FILE** dismissal papers by **December 13, 2021** or **NOTIFY** the Court, prior to the December 13, 2021 deadline, if they will need additional time.

So ORDERED and SIGNED this _18_ day of November 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE