# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ROBERT MOORE,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** | § § § § § § § | EP-19-CV-00279-DCG |
| *Defendants.* | § § | |

## ORDER DISMISSING CASE

Before the Court is the Parties' "Joint Stipulation of Dismissal" (ECF No. 139), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Robert Moore in this action against Defendants United States Immigration and Customs Enforcement (ICE), United States Customs and Border Protection (CBP), and United States Department of Health and Human Services (HHS) are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 16th day of December 2021.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**